# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| TYRRELL JONES EILAND, | Case No. 2:20-CV-2011 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| JASON R. FOHS, et al., | |
| Defendant(s). | |

Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation ("R&R") that the court dismiss this case for pro se plaintiff Tyrell Jones Eiland's failure to file an amended complaint. (ECF No. 6).

No objections were filed to the R&R. Thus, the court is not obligated to conduct a de novo review of the R&R. 28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." (emphasis in original)). Nevertheless, Jones was warned that failure to file an amended complaint could result in his case being dismissed with prejudice. (ECF No. 4 at 6).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Ferenbach's R&R (ECF No. 6) be, and the same hereby is, ACCEPTED. This case is DISMISSED with prejudice.

**James C. Mahan**
**U.S. District Judge**

The clerk shall enter judgment accordingly.

DATED May 7, 2021.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE